SIMPSON *et al. v.* SIMPSON.

GILBERT, J.  Where, pending a suit for permanent alimony, there was a
  hearing at chambers on the wife's application for temporary alimony
  and attorney's fees, and upon such hearing the evidence was conflicting,
  the discretion of the trial court in the award of temporary alimony
  together with counsel fees will not be controlled where it is not made
  to appear that the discretion was abused.
  *Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                    No. 872.  MAY 17, 1918.
    Temporary alimony, etc.  Before Judge Highsmith.  Camden
superior court.  February 14, 1918.
    *Cowart & Vocelle,* for plaintiffs in error.
    *S. C. Townsend* and *Emmett McElreath,* contra.

———

RAGAN *v.* RAGAN.

GILBERT, J.  A "fast" writ of error will not lie to an order vacating a
  judgment granting a temporary injunction.  *Berry* v. *Parker,* 130 *Ga.*
  741 (61 S. E. 541); *Young* v. *Harris,* 146 *Ga.* 338 (91 S. E. 39).  This
  case having been prematurely brought to this court, on motion the
*Writ of error is dismissed.  All the Justices concur, except Fish, C. J.,*
  *absent.*
                    No. 876.  MAY 17, 1918.
    Petition for injunction; from Randolph superior court.
    *George H. Perry* and *Yeomans & Wilkinson,* for plaintiff.
    *C. W. Worrill* and *M. C. Edwards,* for defendant.